Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 20-cv-01513-PJH<br>*Hon. Phyllis J. Hamilton*<br><br>**ORDER REGARDING JOINT STIPULATION TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTION REGARDING STANDARD OF REVIEW**<br><br>Complaint filed: February 28, 2020<br><br>Current deadline to file summary judgment motion: December 14, 2020<br><br>New deadline to file summary judgment motion: January 13, 2021 |

Pursuant to the Joint Stipulation to Extend Time to File Summary Judgment Motion Regarding Standard of Review, and for good cause appearing, it is ordered that Defendant UNITED BEHAVIORAL HEALTH shall file a summary judgment motion regarding the standard of review by January 13, 2021 and Plaintiff STEVEN M. shall have 21 days to respond to the summary judgment motion.

**IT IS SO ORDERED**

Date:  12/11/2020       By: _____
                             Honorable Phyllis J. Hamilton
                             United States Chief District Judge