UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M., <br>         Plaintiff, <br><br> v. <br><br> UNITED BEHAVIORAL HEALTH, <br>         Defendant. | Case No. 20-cv-01513-PJH <br><br> **REVISED ORDER RE MOTION TO SEAL AND FOR SUPPLEMENTAL BRIEFS** <br><br> Re: Dkt. No. 32, 35 |

Defendant United Behavioral Health's motion for summary adjudication to establish the standard of review came on for hearing before this court on March 4, 2021. Defendant appeared through its counsel, Courtney C. Hill. Plaintiff appeared through his counsel, Katie J. Spielman.

First, with regard to this motion, the parties must submit for the court's approval a protective order regarding the sharing and use of both the Administrative Services Agreement (Exhibit B to Hill Dec., Dkt. 40-7) and the Behavioral Health Services Agreement (Exhibit C to Hill Dec., Dkt. 40-8) for purposes of the present motion for summary adjudication. The court will determine the duration of the protective order after this motion is resolved. The stipulated protective order must be submitted on or before March 11, 2021. The parties should consult section two of this court's "Standing Order Regarding Protective Orders and ESI Orders" prior to submission.

Within one week following submission of the protective order to the court, plaintiff shall submit a supplemental opposition brief not to exceed ten (10) pages, which addresses the impact of the two agreements on the standard of review. Within one week

following submission of plaintiff's supplemental brief, defendant may submit a supplemental response brief not to exceed five (5) pages.

Second, the court DENIES defendant's administrative motion to seal the administrative record, except any personal and medical information of plaintiff and his family may remain redacted.  The court DENIES WITHOUT PREJUDICE defendant's administrative motion to seal the Administrative Services Agreement (Dkt. 40-7) and the Behavioral Health Services Agreement (Dkt. 40-8).  The protective order will permit plaintiff to review the two agreements referenced above and supplement his opposition to the motion for summary adjudication.  Defendants may file a renewed administrative motion to seal the agreements in the future, which plaintiff may oppose.

**IT IS SO ORDERED.**

Dated: March 5, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge